1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FEDERICO HERNANDEZ,

                          Petitioner,

        v.

RAYMOND ANDREWS,

                          Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

CV F 04-6559 AWI WMW HC

ORDER GRANTING MOTION TO FILE
EXHIBITS

[Doc. 3]

        Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas
Corpus pursuant to 28 U.S.C. § 2241.   On December 2, 2004, Petitioner filed a motion
requesting to file exhibits in support of his petition.   Good cause appearing, Petitioner's motion
is HEREBY GRANTED.

        IT IS SO ORDERED.

**Dated:    August 9, 2005**                    _____/s/  William M. Wunderlich_____
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE