# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>          Petitioner,<br><br>     v.<br><br>RAYMOND ANDREWS,<br><br>          Respondent. | CV F 04-6559 AWI WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 17] |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 13, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. On March 24, 2006, Petitioner's copy of the findings and recommendations were returned as undeliverable by the United States Postal Service with the notation "inmate gone." Service at a petitioner's address of record is fully effective. Local Rule 83-182(f).

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

1

(9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

          Based on the foregoing, it is HEREBY ORDERED  that:

1.	The findings and recommendations issued by the Magistrate Judge on March 13,  2006, are a adopted in full;

2.	The Petition for Writ of Habeas Corpus is dismissed for failure to prosecute;

3.	All pending motions are DENIED; and

3.	 The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   May 29, 2006**	       **/s/ Anthony W. Ishii**
0m8i78	UNITED STATES DISTRICT JUDGE